UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KELSEY R. WOOD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:14-CV-115-TAV-HBG |
| TECHNOLOGY FOR ENERGY CORPORATION, | ) | |
| Defendant. | ) | |

### ORDER

For the reasons set forth in the memorandum opinion entered contemporaneously herewith, the Court **GRANTS** Technology for Energy Corporation's Motion for Summary Judgment [Doc. 12] and **DISMISSES** this action. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT